# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

AISHA PANKEY,

     Plaintiff,

v.

BUDGET CAR RENTAL, *et al*.,

     Defendants.

Case No. 2:11-CV-00429-KJD-LRL

**ORDER**

     Presently before the Court is the Report and Recommendation (#2) of Magistrate Judge Lawrence R. Leavitt recommending that Plaintiff's complaint be dismissed for failure to state a claim upon which relief can be granted.  No objection has been filed and mail to Plaintiff has been returned as undeliverable.

     The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court finds that the Report and  Recommendation (#2) of the United States Magistrate Judge entered June 7, 2011, should be adopted and affirmed.

     **IT IS THEREFORE ORDERED** that the Report and  Recommendation (#2) of the United States Magistrate Judge entered June 7, 2011, is **ADOPTED** and **AFFIRMED**;

     **IT IS FURTHER ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted.

     DATED this 19th day of July 2011.

_____
Kent J. Dawson
United States District Judge